1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
   **MANNING LAW, APC**
2  20062 SW Birch St. Ste 200
3  Newport Beach, CA 92660
   Office: (949) 200-8755
4  DisabilityRights@manninglawoffice.com

5  
   Attorneys for Plaintiff
6  ANTHONY BOUYER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br><br><br>THE SISTERS GROUP CORP, a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-03850-DSF-PJW<br><br>**Request for Entry of Default** |

REQUEST FOR ENTRY OF DEFAULT
1

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff **ANTHONY BOUYER** hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant **THE SISTERS GROUP CORP, a California corporation**, on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant **THE SISTERS GROUP CORP, a California corporation**, on 5/13/2020 evidenced by the proof of service of summons on file with this Court.

Dated: June 8, 2020                                **MANNING LAW, APC**

                                         By:   <u>/s/Joseph R. Manning, Jr.</u>

                                                Joseph R. Manning, Jr., Esq.

                                                Attorney for Plaintiff

REQUEST FOR ENTRY OF DEFAULT

2