# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
7/2/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: RF DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Dale S. Fischer

From: Renee Fisher                     , Deputy Clerk   Date Received: 6/25/2020

Case No.: CV 20-03850 DSF (PJWx)   Case Title: Anthony Bouyer v. The Sisters Group Corp et al

Document Entitled: Answer and Counterclaim

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | Defendant The Sisters Group Corp can not represent itself. Defendant must be represented by counsel. See CACD Local Rule 83-2.2.2. Azar Barani is not named as a defendant in this action |

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____                _____
Date                                     U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

July 1, 2020                             /s/ Dale S. Fischer
Date                                     U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)                   NOTICE OF DOCUMENT DISCREPANCIES

| | | |
|---|---|---|
| 1 | Your Name: | The Sisters Group, Azar Barani |
| 2 | Address: | 4103 PULIDO CT |
| 3 | | CALABASAS CA 91302 |
| 4 | Phone No.: | |
| 5 | E-mail: | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, | Case Number: 2:20-cv-03850-DSF-PJW |
| Plaintiff, | **ANSWER** |
| vs. | *Check only if you include a Counterclaim or Crossclaim:* |
| THE SISTERS GROUP CORP, a California corporation; and DOES 1-10, inclusive, | ☑ **AND COUNTERCLAIM** |
| | ☐ **AND CROSSCLAIM** |
| Defendant. | DEMAND FOR JURY TRIAL *[check one]* ☑ Yes ☐ No |
| | Judge: Hon. _____ |

**1. Responses to the Claims in the Complaint**

1     A.    Defendant **denies** each and every allegation in the Complaint except those specifically admitted in this Answer.

    B.    Defendant **admits** all of the allegations in the following paragraphs:

_____

_____

    C.    Defendant **does not know** or have enough information to form a belief as to whether the allegations in the following paragraphs are true:

_____

_____

_____

    D.    Defendant **admits only parts** of each paragraph below, and denies or does not know enough to say whether the rest of the paragraph is true. *[Use more pages if needed]*:

Paragraph ____: I admit only that _____

_____

_____

_____

Paragraph ____: I admit only that _____

_____

_____

_____

Paragraph ____: I admit only that _____

_____

_____

_____

Paragraph ____: I admit only that _____

_____

_____

_____

ANSWER

CASE NUMBER 2:20-cv-03850-DSF-PJW _____

Page ____ of ____

*[JDC TEMPLATE – Rev. 2017]*

## 2. Affirmative Defenses

Affirmative Defense 1. The Complaint fails to state a claim upon which relief can be granted.

Affirmative Defense 2. Plaintiff lacks standing because Plaintiff was not deterred from visiting the premises, nor can Plaintiff establish intent to visit the premises in the future.

Affirmative Defense 3. The Plaintiff's claims are barred by the statute of limitations because Plaintiff did not visit, nor was not deterred from visiting within the two years before the Complaint was filed.

Affirmative Defense 4. Defendant provided adequate access to its business to persons with disabilities such as customer service besides the accomodations

Affirmative Defense 5. Plaintiffs' claims are moot.
Affirmative defense 6. Defendant satisfied the maximum extent feasible standard

**OPTIONAL:  Counterclaim against the Plaintiff**

**Counterclaim Against** *[name]* ANTHONY BOUYER, an individual; and DOES 1-50  **For** *[type of claim or the law Plaintiff violated]*

3. Civil Conspiracy

Counter Defendants entered into an unlawful plan and agreement to mislead and falsely accuse small business owners, including Plaintiff, by filing fraudulent lawsuits alleging violations of the ADA in order to extort settlement money out of the businesses in exchange for Counter Defendants dropping the lawsuits.

4. Racketeer Influenced and Corrupt and Corrupt Practices Act 18 U.S.C. §§ 1961 (1) (B), 1962 (d), 1964 (a) and (c), 1341,1343

Cross- Defendants have engaged in a pattern of fraud and deception by participating in the preparation, drafting, filing and prosecution of ADA lawsuits based on falsities in verified complaints in violation of the Racketeer Influenced and Corrupt Practices Act ("RICO").

5. Abuse of Process

Cross-Defendants had an ulterior motive in the use of judicial proceedings;   willful actions in the use of that process were not proper in the regular course of the proceedings

6. Fraud

The facts were material;

-Counter-Defendants made the representations knowing they were false;

Counter-Defendants made the representations with the intent that Plaintiff rely on them
-Lawsuits initiated by the criminal enterprise herein lacked merit, are frivolous and vexatious because of the Defendants' many false assertions made in furtherance of their fraudulent litigation. Specifically, the Defendants' made false assertions regarding allegations of disabilities

ANSWER
CASE NUMBER 2:20-cv-03850-DSF-PJW

Page ____ of ____

*[JDC TEMPLATE – Rev. 2017]*

**OPTIONAL: Crossclaim against another Defendant**

,

**Crossclaim Against** *[name]* _____ **For** *[type of claim or the law the Cross-defendant violated]* _____

3. _____
_____
_____
_____
_____

4. _____
_____
_____
_____

5. _____
_____
_____
_____

6. _____
_____
_____
_____
_____

ANSWER
CASE NUMBER  2:20-cv-03850-DSF-PJW

Page ____ of ____
*[JDC TEMPLATE – Rev. 2017]*

# Demand for Relief

WHEREFORE, Defendant demands:

☒ That the Court enter judgment dismissing the Complaint;

☒ That Defendant be awarded costs incurred;

☒ That Defendant be awarded such other and further relief as the Court may deem just;

☑ *[If you filed a counterclaim or crossclaim, explain what you would like the Court to do]*:

-Payment of both economic and non-economic damages, as well as actual, consequential, and compensatory damages;
-Declaration that the conspiracy, and the conduct in furtherance of the conspiracy, between the Defendants violates 18 U.S.C., § 1962 (c);
-Payment of treble damages;
-Payment of punitive damages;
-Interest at the rate of 10% per annum;
-Any other relief deemed just, necessary and proper by this Court.

☐ Other *[explain]*: _____

# Demand for Jury Trial

*Check one box to show whether you would like a jury to decide your case, if allowed.*

☑ Yes

☐ No

*If more than one Defendant is included in this Answer, each must sign and date below. Attach another page if you need to.*

Respectfully submitted,

Date: 5/31/2020            Signature: *Azar*

                           Printed name: Azar Barani

                           Pro Se Defendant

ANSWER                                      Page ____ of ____
CASE NUMBER 2:20-cv-03850-DSF-PJW           *[JDC TEMPLATE – Rev. 2017]*

## CERTIFICATE OF SERVICE

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the Answer that you file and serve.*

1. Case name *[write Plaintiff's name on the first line, and your name on the second line]*:
   BOUYER
   v. SISTERS GROUP

2. Case number: 2:20-cv-03850-DSF-PJW

3. Document served: Answer *[if you added a claim of your own, check the box for that claim]*
   ☑ Counterclaim      ☐ Crossclaim

4. How was the Answer served? *[check one]*
   ☑ Placed in U.S. Mail
   ☐ Hand-delivered
   ☐ Sent for delivery (e.g., FedEx, UPS)
   ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. To whom was the Answer sent? *[For each person you sent the document, write their full name and contact information used.]*

   Joseph R Manning Jr. Esq

   20062 SW Birch Street, Ste 200
   Newport Beach, CA 92660
   Office (949) 200-8755
   DisabilityRights@manninglawoffice.com

6. When was the Answer served? 6/8/2020

7. Who served the Answer? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: _____ File by Fax

   Name: Isaac Hernandez

   Address: 6454 Van Nuys Blvd, Ste 150,
   Van Nuys, CA 91401

CERTIFICATE OF SERVICE *(JDC TEMPLATE Rev. 2017)*

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Sisters Group, Azar Barani
4013 Pulido Crt
Calabazas, CA 91302

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY BOUYER, an individual, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:20-cv-03850-DSF-PJW |
| v. | |
| THE SISTERS GROUP CORP, a California corporation; and DOES 1-10, inclusive, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff ANTHONY BOUYER
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ANTHONY BOUYER, an individual, | PLAINTIFF AND COUNTER-DEFENDANT |
| THE SISTERS GROUP CORP, a California corporation; and DOES 1-10, inclusive, | DEFENDANT AND COUNTER-PLAINTIFF |
| Azar Barani, Individual | DEFENDANT AND COUNTER-PLAINTIFF |

5/30/2020
Date

AZAR BARANI   *Azar* (signature)
Signature

Attorney of record for (or name of party appearing in pro per):

DEFENDANT AND COUNTER PLAINTIFF

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES

